NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ERIC WILLIAMS,**

*Petitioner*

**v.**

**DEPARTMENT OF DEFENSE,**

*Respondent*

---

2022-2246

---

Petition for review of the Merit Systems Protection Board in No. DC-3330-18-0427-I-1.

---

## O R D E R

The petitioner having failed to file the required Statement Concerning Discrimination,

2                                                    WILLIAMS V. DEFENSE

    IT IS ORDERED that the petition for review be, and
the same hereby is, DISMISSED, for failure to prosecute in
accordance with the rules.

                                        FOR THE COURT

November 1, 2022
       Date                             /s/ Peter R. Marksteiner
                                        Peter R. Marksteiner
                                        Clerk of Court

**ISSUED AS A MANDATE:** November 1, 2022